<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————

**No. 99-6720**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EARNEST MCARN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.   (CR-94-83, CA-96-1637-4-22)

———————

Submitted:  November 30, 1999        Decided:  January 7, 2000

———————

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Earnest McArn, Appellant Pro Se.   Alfred William Walker Bethea, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earnest McArn seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McArn, Nos. CR-94-83; CA-96-1637-4-22 (D.S.C. May 7, 1999). We also deny McArn's motion for the appointment of counsel and motion for general relief seeking a loan of the district court record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED